IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FKS AKKAD CAPITAL GP, LLC, as the General Partner of FKS AKKAD CAPITAL, LP and STEPHEN SHAYA, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNFK MEDICAL CO. INC. a/k/a FKS MEDICAL GROUP, and FEI-KAI SYU, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-952-CFC ) ) ) ) ) ) ) |

## ORDER

At Wilmington this 6th day of May 2022, having considered the Report and Recommendation by United States Magistrate Jennifer L. Hall on April 21, 2022, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Hall's Report and Recommendation (D.I. 29) is ADOPTED IN PART.

2. Plaintiffs' motion for summary judgment (D.I. 21) is DENIED without prejudice to Plaintiffs' ability to file a new motion for summary judgment

that addresses the deficiencies set forth in the Magistrate Judge's Report and Recommendation and/or file a motion for default judgment.

3. FKS Medical Group must obtain counsel on or before May 27, 2022.

4. Plaintiffs shall serve this Order on Defendants within seven days.

_____
Chief Judge